**Opinion issued October 31, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-23-00726-CV**

————————————

**IN RE LARRY D. FORD, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Larry D. Ford, has filed a petition for writ of mandamus compelling the trial court to grant a default judgment in favor of relator in the underlying proceeding.[1] We deny the petition.

## PER CURIAM

Panel consists of Justices Kelly, Landau, and Farris.

---

[1] The underlying case is *Larry D. Ford v. Memorial Hermann Hospice*, cause number 2019-31727, in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.